

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00086-CR

Freddy **VILLANUEVA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2021-0284-CR
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

The clerk's record was filed on February 11, 2022, and a supplemental clerk's record was filed on April 22, 2022. While the record contains a charge of the court applicable to the punishment phase, the record does not comply with Texas Rule of Appellate Procedure 34.5(a) in that it does not contain: (1) the charge of court and the jury's verdict in the guilt-innocence phase; and (2) the jury's verdict in the punishment phase. *See* TEX. R. APP. P. 34.5(a)(4) (requiring the record to include the court's charge and the jury's verdict); *see also* SCR 11–17 (containing charge of court for punishment phase but not jury's verdict, being page 8 of 8). The trial court clerk is hereby ORDERED to file a supplemental clerks record, **no later than January 17, 2023**, that fully complies with the requirements of Rule 34.5(a).

It is so **ORDERED** on January 11, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT